### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

#### CASE NO.:

**MARIA RODRIGUEZ,**

      **Plaintiff,**

**v.**

**F.H. CANN & ASSOCIATES, INC.,**

      **Defendant.**

_____/

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT** on this date, Defendant F.H. Cann & Associates, Inc., by and through its undersigned counsel, hereby removes the above-captioned matter to the United States District Court for the Southern District of Florida, Ft. Lauderdale Division, from the County Court of the Seventeenth Judicial Circuit in and for Broward County, Florida and in support thereof avers as follows:

1.     Defendant F.H. Cann & Associates, Inc. is a defendant in a civil action originally filed in the County Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida, titled *Maria Rodrigues v. F.H. Cann & Associates, Inc.* and docketed to Case No. COCE-21-038120.

2.     This removal is timely under 28 U.S.C. § 1446(b) as Defendants received service of process on July 8, 2021.

3.     Pursuant to 28 U.S.C. § 1446, attached hereto are copies of all process, pleadings and orders received by Defendant in the state court action.

5.      The United States District Court for the Southern District of Florida, Ft. Lauderdale

Division, has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that Plaintiff

has filed claims against Defendant alleging violations of the Fair Debt Collection Practices Act,

15 U.S.C. § 1692, *et seq*.

6.      On this date, Defendant provided notice of this Removal to counsel for Plaintiff

and to the County Court of the Seventeenth Judicial Circuit in and for Broward County, Florida.

WHEREFORE, Defendant respectfully removes this case to the United States District

Court for the Southern District of Florida.

Respectfully submitted,

**MESSER STRICKLER, LTD.**


By:     */s/ John M. Marees, II*
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
JOHN M. MAREES, II, ESQUIRE
FL Bar No. 0069879
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
jmarees@messerstrickler.com
*Counsel for Defendant*

Date: July 27, 2021

2

## CERTIFICATE OF SERVICE

I certify that on July 27, 2021, a true copy of the foregoing document was served as follows:

*By Email and U.S. Mail, Postage Prepaid:*
Jibrael Hindi, Esq.
Thomas Patti, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, 17th Floor
Ft. Lauderdale, FL 33301
jibrael@jibraellaw.com
tom@jibraellaw.com
*Counsel for Plaintiff*

*By Electronic Filing*
Broward County Clerk of Court
201 SE 6th St.
Ft. Lauderdale, FL 33301

**MESSER STRICKLER, LTD.**

By:     */s/ John M. Marees, II*
         LAUREN M. BURNETTE, ESQUIRE
         FL Bar No. 0120079
         JOHN M. MAREES, II, ESQUIRE
         FL Bar No. 0069879
         12276 San Jose Blvd.
         Suite 718
         Jacksonville, FL 32223
         (904) 527-1172
         (904) 683-7353 (fax)
         lburnette@messerstrickler.com
         jmarees@messerstrickler.com
         *Counsel for Defendant*

Date:  July 27, 2021